728

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JIMMIE HAROLD JOHNSON, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent.— Motion granted and time for argument of appeal enlarged to include November 1961 Term.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEWIS F. MACGREGOR, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK ex rel. FULTON DUCRE, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— [In each action] Motion for leave to prosecute appeal as a poor person, and for other relief denied.

## (September 22, 1961)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES TAYLOR, Appellant.—

Present— Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ. RICHARD F. MILLER, Respondent, v. KENNETH WARD, Appellant.—

Present— Williams, P. J., Goldman, McClusky and Henry, JJ. FLEET-WING CORPORATION, Respondent, v. PEASE OIL COMPANY, INC., et al., Appellants, et al., Defendants.—

Present— Williams, P. J., Goldman, McClusky and Henry, JJ. [29 Misc 2d 437.]

■ SYLVIA LIPSITZ, Respondent, v. SIMON LIPSITZ, Appellant.—